# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 11-CV-108-WDS |
| CONNIE S. LUGGE, | ) ) | |
| Defendant. | ) ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is a suggestion of bankruptcy by defendant Connie S. Lugge (Doc. 5). On May 10, 2011, defendant filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Southern District of Illinois, assigned case number 11-31072. Pursuant to the automatic stay provision of 11 U.S.C. § 362 of the Bankruptcy Code, the Court **HEREBY STAYS** all further proceedings in this matter. Counsel for the parties are **DIRECTED** to notify the Court promptly once the bankruptcy stay is lifted.

**IT IS SO ORDERED.**

**DATE: June 3, 2011**

                                                        /s/ WILLIAM D. STIEHL
                                                            **DISTRICT JUDGE**